| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>In re<br><br>    MICHAEL A. CASSARA &<br>    BARBARA CASSARA,:<br>:<br><br>                      Debtor(s).:<br>:<br>------------------------------------------------------------x | Presentment date and time:<br>October 3, 2017 at 9:15 AM<br><br>Response due date:<br>September 26, 2017<br><br>Chapter 13<br>Case No.13-35947 (cgm) |

NOTICE OF PRESENTMENT OF ORDER AS PER BANKRUPTCY RULE 9019
TO APPROVE MODIFICATION OF MORTGAGE
<u>OPPORTUNITY FOR HEARING</u>

    PLEASE TAKE NOTICE that upon the annexed motion of the above debtors, the undersigned will present the attached proposed order to the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, for signature on October 3, 2017 at 9:15 AM.

    PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

    PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Middletown, New York
       September 1, 2017

                                                                                    Yours etc.,

                                                                                    <u>/s/ H. Scott Ziemelis</u>
                                                                                    H. Scott Ziemelis
                                                                                    Counsel for Debtor
                                                                                    40 Grove Street
                                                                                  Middletown, New York 10940
                                                                                  (845)294-9432

To: Jeffrey Sapir, Esq, Chapter 13 Trustee.
     US Trustee
     all creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

    MICHAEL CASSARA &
    BARBARA CASSARA,                     Case no.: 13-35533-cgm

                Debtor(s).
_____

AFFIRMATION IN SUPPORT OF MOTION AS PER RULE 9019

    H. SCOTT ZIEMELIS, an attorney licensed to practice law before the Courts of the State of New York, affirms under the penalty of perjury as per CPLR 2106 as follows:

    1. The Debtors filed their petition in this matter on March 13, 2013.

    2. The Debtors own certain real property located at 17 Little Collabar Road, Montgomery, New York, in fee simple. This property is the Debtors' residence.

    3. Said property was listed in Schedule "A" of the bankruptcy petition.

    4. A mortgage lien currently exists on the property, which is held by BSI Financial Services as servicer for the Federal National Mortgage Association.

    5. Pursuant to an Order for Loss Mitigation signed on November 21, 2016 by Hon. Cecelia G. Morris, the Debtors and Creditor commenced negotiations.

    6. The Creditor and Debtors have agreed on a settlement of this matter as described in the Loan Modification Agreement attached hereto as Exhibit "A."

Dated: September 11, 2017

                                                              Yours etc.,
                                                              /s/ H. Scott Ziemelis
                                                             Counsel for Debtor(s)
                                                             40 Grove Street
                                                             Middletown, New York 10940
                                                             845-294-9432

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

    MICHAEL A. CASSARA &
    BARBARA CASSARA,                  Case no.: 13-35533-cgm

                    Debtor.

_____

AFFIRMATION OF SERVICE

    H. SCOTT ZIEMELIS, an attorney licensed to practice law before the Courts of the State of New York, affirms under the penalty of perjury as per CPLR 2106 that he served a copy of the annexed notice of motion for judicial lien avoidance by first class mail on

Karin Murphy. Assistant Vice President
c/o BSI Financial Servies
1425 Greenway Dr., Ste 400, Irving TX 75038

Shapiro Dicaro & Barak, LL
One Huntington Quadrangle, Suite 3N05, Melville, New York 11747

Suntrust c/o Berkman, Henoch, Peterson, Peddy & Fenchel PC
100 Garden City Plaza, Garden City, NY 11530

Jeffrey Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road, Suite 102, White Plains, NY 10603

Office of the United States Trustee
74 Chapel Street #1, Albany NY

Pryor Cashman LLP
7 Times Square, New York NY 10036

Rosicki, Rosicki & Associates, PC
51 East Bethpage Rd, Plainview NY 11803

Provident Bank c/o Elizabeth Haas, Esq.
254 S. Main St., Ste. 210, New City NY 10956

and the following by President General or Managing Agent:
Provident Bank, 400 Rella Blvd., Suffern, New York 10901
Kohl's, N56 W17000 Ridgewood Drive, Menomonee Falls WI 53051
American Express, 200 Vesey St., NY NY 10285
Walmart, 702 SW 8th St., Bentonville AR 72716
HSBC, 452 5th Ave., NY NY

JC Penny, 6501 Legacy Dr., Plano TX 75024
Old Navy-GECRB, 6007 Greenpoint Dr., Grovepoint OH 43125
Exxon/Mobil, 5959 Las Colinas Blvd, Irving TX 75039-2298
Discover, 2500 Lake Cook Rd, Riverwoods IL 60015
Sears, 3333 Beverly Rd, Hoffman Estates IL 60179
Citgo, 1293 Eldridge Pkwy, Houston TX 707-1670
Cabela's, 1 Cabela Dr., Sidney NE 69160
Sam's Club, 2101 SE Simple Savings Dr., Bentonville AR 72716

on the 11th day of September, 2017.

Affirmed: September 11, 2017

                                              /s/ H. Scott Ziemelis
                                              H. Scott Ziemelis, Esq.